NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM ST. CLAIRE,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　Case No. 2D16-5194
　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　　　)
_____)

Opinion filed October 3, 2018.

Appeal from the Circuit Court for Collier
County; Frederick R. Hardt, Judge.

Philip L. Reizenstein of Woodward and
Reizenstein, PA, Miami, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Marie Benoit-
Knox, Assistant Attorney General, Tampa;
and Peter Koclanes, Assistant Attorney
General, Tampa (substituted as counsel of
record), for Appellee.

PER CURIAM.


　　　　　　　Affirmed.


SLEET, LUCAS, and BADALAMENTI, JJ., Concur.